

AO 91 (REV.5/85) Criminal Complaint                                AUSA Kate Zell (312) 353-4305

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: |
| ADELAIDE TAMAYO,<br>    also known as "Adelaide Cornell" | UNDER SEAL  11 CR 0899<br>MAGISTRATE JUDGE SCHENKIER |

**FILED DEC 22 2011 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:

### Count One

From at least as early as December 17, 2011, and continuing to on or about December 19, 2011, at West Dundee, in the Northern District of Illinois, Eastern Division, ADELAIDE TAMAYO, also known as "Adelaide Cornell," defendant herein, knowingly and with intent to defraud, used one or more unauthorized access devices, namely a credit card account number issued in the name of Victim A, and by such conduct, obtained items of value, aggregating $1,000 or more during that period, thereby affecting interstate commerce; in violation of Title 18, United States Code, Section 1029(a)(2);

### Count Two

On or about December 13, 2011, at Chicago, in the Northern District of Illinois, Eastern Division, ADELAIDE TAMAYO, also known as "Adelaide Cornell," defendant herein, did knowingly and unlawfully possess a key to a lock adopted by the Postal Service and in use on an authorized receptacle for the deposit and delivery or mail matter with the intent unlawfully and improperly to use, sell, or otherwise dispose of the same, and to cause the same to be unlawfully and improperly used, sold, or otherwise disposed of, in violation of Title 18, United States Code, Sections 1704 and 2.

I further state that I am a Postal Inspector with the United States Postal Inspection Service, and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

_____
Signature of Complainant
BRETT L ERICKSON
Special Agent, United States Postal Inspection Service

Sworn to before me and subscribed in my presence,

December 22, 2011                              at      Chicago, Illinois
Date                                                        City and State

SIDNEY I. SCHENKIER, U.S. Magistrate Judge           _____
Name & Title of Judicial Officer                                Signature of Judicial Officer

UNITED STATES DISTRICT COURT    )
                                )   ss
NORTHERN DISTRICT OF ILLINOIS   )

## AFFIDAVIT

I, Brett L. Erickson, being duly sworn, state as follows:

1. I am a Postal Inspector with the Postal Inspection Service ("USPIS"). I have been so employed since approximately February 2007.

2. As part of my duties as a USPIS Postal Inspector, I investigate criminal violations relating to the United States mail and identity theft crimes, among other things. Prior to becoming a Postal inspector, I was employed for approximately four years as a police officer for the Riverside, Illinois, Police Department.

3. This affidavit is submitted in support of a criminal complaint alleging that Adelaide Tamayo, also known as Adelaide Cornell, ("TAMAYO") has violated Title 18, United States Code, Section 1029(a)(2) and Title 18, United States Code, Sections 1704 and 2. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging TAMAYO with access device fraud and unlawful possession of a US Postal Service Arrow Key, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, conversations I have had with others who have knowledge of the events and circumstances described herein, interviews of witnesses and victims, review of documents, and review of video surveillance.

## FACTS SUPPORTING PROBABLE CAUSE

### Thefts from Residential Apartment Buildings on Chicago's North Side

5. On or about December 14, 2011, the USPIS responded to two customer complaints at two separate residential apartment/condominium buildings located in Chicago around the intersections of (1) California Ave. and Armitage Ave. ("Building 1"), and Damen Ave. and North Ave. ("Building 2"). Both complaints involved individuals unlawfully entering buildings during the night and stealing mail and/or parcels on two or three separate occasions at each building between December 9, 2011 and December 14, 2011.

6. Your affiant personally reviewed the video surveillance from the thefts at the two buildings. In each instance, a woman entered the building, sometimes alone and sometimes accompanied by one-to-three other individuals. Based on my review of known photographs of TAMAYO, my personal observations of TAMAYO during surveillance, and my interview of TAMAYO on December 21, 2011, I believe TAMAYO is the woman depicted in the video surveillance.

7. As observed on the video surveillance, TAMAYO and an unidentified male, Individual A, entered Building 1 on or about December 13, 2011, at approximately 1:19 a.m. Upon entering, TAMAYO walked to a shelf unit, from which she took several parcels and envelopes. TAMAYO and Individual A then walked to the mailbox panel that covers the individual mailboxes for the building's tenants. As TAMAYO stood beside Individual A and watched, Individual A used a master key to open the panel, allowing access to the inside of the resident's mailboxes. TAMAYO leaned in to observe the contents of the mailboxes. Individual A then closed and locked the panel. TAMAYO and Individual A left the building carrying parcels and/or envelopes.

8. Based on my experience as a Postal Inspector, I know that the only type of key that opens a mailbox panel like the one in Building 1 is a U.S. Postal Service "Arrow Key." Arrow Keys are master keys that allow Postal Service letter carriers to enter buildings for the purpose of delivering mail. Arrow Keys open mailbox panels within residential buildings, allowing the key-holder access to the contents of the mailboxes. Arrow Keys can also be used to open mailboxes within residential buildings where building keys are kept, allowing the key-holder to then use building keys to access otherwise locked and non-public parts of the building. The distribution of Arrow Keys is tightly controlled by the U.S. Postal Service.

### *Use of Victim A's Kohl's Credit Card Account Number*

9. Kohl's is a retail clothing and housewares stores with locations throughout the United States, including one in West Dundee, Illinois.

10. According to information provided by Kohl's Loss Prevention Department, at approximately 11:53 p.m. on December 17, 2011, a Kohl's credit card account in the name of Victim A, with the last four digits 4009, was used at the Kohl's store in West Dundee to make a $94.94 purchase of jewelry.

11. Kohl's Loss Prevention provided USPIS with Victim A's address, which is on the north side of Chicago.

12. According to information provided by Kohl's Loss Prevention, at approximately 12:01 a.m. on December 18, 2011, the same Kohl's credit card account in the name of Victim A, with the last four digits 4009, was used at the Kohl's store in West Dundee to make a $518.68 purchase of clothing items and a $300 Kohl's gift card.

13. According to information provided by Kohl's Loss Prevention, the individual who made the purchases with Victim A's Kohl's account on December 17 and December 18 presented an identification in Victim A's name.

14. On or about December 20, 2011, law enforcement executed a federal search warrant of a vehicle that surveillance officers had observed TAMAYO using, on December 20, 2011, to travel from her residence to the Kohl's store in West Dundee. Among other items law enforcement recovered from the vehicle

was a Kohl's receipt dated December 19, 2011, showing a purchase of merchandise totaling $639.14, with the Kohl's credit card account of Victim A (account number ending in 4009).

15. According to a Kohl's Loss Prevention employee who personally reviewed the video surveillance of the December 19, 2011 transaction, and who personally interacted with TAMAYO in person on December 20, 2011, the individual depicted in the video on December 19, 2011 is TAMAYO.

### *Execution of Search Warrant*

16. On December 21, 2011, at approximately 1:15 a.m., the USPIS executed a federal search warrant at TAMAYO's residence. Postal Inspectors recovered the following items, among other things:

    a. At least 5 gift cards for retail stores;

    b. Numerous receipts for retail purchases made during December 2011;

    c. Opened mail addressed to various individuals (not TAMAYO) residing on the north side of Chicago in the general vicinity of Building 1 and Building 2;

    d. Two United States Postal Service Arrow Keys.

### *Statement of Adelaide Tamayo*

17. On December 21, 2011, at approximately 3:40 a.m., after TAMAYO was advised of her *Miranda* rights, TAMAYO executed a written waiver of her

*Miranda* rights and spoke with USPIS Postal Inspectors. TAMAYO provided the following information:

a. TAMAYO first stated that the two Arrow keys found in her residence belonged to her husband. After shown numerous surveillance photos from residential apartment buildings from which TAMAYO took mail, none of which depict TAMAYO's husband, TAMAYO stated that she was given the two US Postal Arrow keys in the middle of November.

b. TAMAYO identified herself and initialed photographs excerpted from the video surveillance at Building 1 and Building 2.

c. TAMAYO stated that she had been stealing mail from buildings on the north side of Chicago since the middle of November, when TAMAYO got the Arrow keys.

d. TAMAYO stated that she had "fucked up."

e. TAMAYO stated that she kept some of the mail items she stole, gave away some of the mail items she stole, and discarded some of the mail items she stole in dumpsters near the buildings.

f. TAMAYO stated that she had a "fake ID" that was a government-issued identification card in the name of Victim A, which contained Victim A's personal identifiers and a photograph of TAMAYO. TAMAYO stated that she used the fake ID to open a Kohl's credit card account. TAMAYO stated that she had used the Kohl's credit card account a few days earlier to purchase a $300 gift card, among other things. TAMAYO was shown a printout of the transactions from Victim A's Kohl's credit card account from December 17 and December 18, 2011. TAMAYO stated that she had made the purchases reflected in the printout (for $94.94 and $518.68, respectively), using Victim A's Kohl's credit card account and the fake ID TAMAYO had in Victim A's name, bearing TAMAYO's picture. TAMAYO explained that, on December 20, 2011, when TAMAYO was engaged in a confrontation with

Kohl's store personnel, TAMAYO threw the fake ID on the floor in Kohl's to avoid having it in her possession.

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that ADELAIDE TAMAYO has violated Title 18, United States Code, Section 1029(a)(2) and Title 18, United States Code, Sections 1704 and 2.

FURTHER AFFIANT SAYETH NOT.

_____
BRETT L ERICKSON
Postal Inspector,
United States Postal Inspection Service

SUBSCRIBED AND SWORN to before me on December 22, 2011.

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge